UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MAGASSOUBA MOUSTAPHA,

                          Plaintiff,

            v.

THE METROPOLITAN CORRECTIONAL
CENTER et al.,

                        Defendants.
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 4560 (GEL) (HBP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ |
| | Inquest After Default/Damages Hearing | | |
| | | | All such motions: ___ |

MICROFILMED JUN 24 2008 - 9:00 AM

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
               June 23, 2008

                                                      GERARD E. LYNCH
                                                      United States District Judge